L. X. CORPORATION, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Foster and Bergan, JJ. [See *post*, p. 971.]

In the Matter of ANDREW RAPTOSH, Appellant, against BOARD OF ESTIMATE OF THE CITY OF NEW YORK et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Foster and Bergan, JJ. [See *post*, p. 961.]

SARAH MILLER, Respondent, v. SEYMOUR KESSLER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Foster and Bergan, JJ.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against CHARMAN SERVICE CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Foster and Bergan, JJ. [201 Misc. 291.]

BETTY FRIEDMAN, Respondent, v. LOUIS SILVERSTEIN et al., Individually and as Copartners Doing Business as L. SILVERSTEIN & SONS, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Foster and Bergan, JJ. [See *post*, p. 960.]

RUTH M. YOUNG, Respondent, v. CHARLES W. YOUNG, Appellant. FLORENCE W. CAMERON, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Foster and Bergan, JJ.

LILLIAN B. HETTICH, Appellant, v. ERNEST L. HETTICH, Respondent.— Judgment and order unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Foster and Bergan, JJ.